### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

CERETHER WHITE,

      Plaintiff,

v.

                                            Case No. 26-CV-00448-SPM

ST. CLAIR COUNTY SHERRIF'S
DEPARTMENT, et al.,

      Defendants.

## JUDGMENT IN A CIVIL ACTION

## DECISION BY THE COURT.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 6, 2026 (Doc. 11), that this action is **DISMISSED without prejudice** with each party to bear their own costs and attorneys' fees.

**DATED: August 6, 2026**

                                    MONICA A. STUMP,
                                    Clerk of Court

                                    By:_____
                                       Deputy Clerk

APPROVED: _____
      STEPHEN P. MCGLYNN
      U.S. District Judge